IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANNIE B. KNIGHT,                    :

    Plaintiff,                           :
vs.                                                         CA 04-0004-WS-C
                                                 :
JO ANNE B. BARNHART,
Commissioner of Social Security,     :

    Defendant.

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 29, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of August, 2006.

                                s/WILLIAM H. STEELE
                                **UNITED STATES DISTRICT JUDGE**