IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANNIE B. KNIGHT,                        :

    Plaintiff,                        :
vs.                                     CA 04-0004-WS-C
                                        :
JO ANNE B. BARNHART,
Commissioner of Social Security,        :

    Defendant.

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that petitioner, Byron A. Lassiter, Esquire, be authorized to receive as an attorney's fee for legal services rendered in this Court the sum of $2,677.75, pursuant to section 206(b) of the Social Security Act, codified at 42 U.S.C. § 406(b). Upon receipt of this sum, petitioner is to refund to Ms. Knight the smaller EAJA attorney-fee award made in this case totaling $1,700.00.

**DONE** this 18th day of August, 2006.

                s/WILLIAM H. STEELE
                **UNITED STATES DISTRICT JUDGE**